AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| CRAIG CUNNINGHAM <br> *Plaintiff* <br> v. <br> TECHNOLOGIC USA, INC. <br> *Defendant* | ) <br> ) <br> )   Civil Action No. 19-CV-231-F <br> ) <br> ) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __06/18/2022__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __10/17/2022__

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

[SEAL: UNITED STATES DISTRICT COURT · DISTRICT OF WYOMING]

[Stamp: FILED NOV 02 2022 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA]

[Stamp: CV 22 80293 MISC SK]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



FILED

Margaret Botkins
Clerk of Court

10:04 am, 6/18/20

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>Plaintiff,<br><br>vs.<br><br>TECHNOLOGIC USA, INC.,<br><br>Defendant. | Case No. 19-CV-00231-F |

## JUDGMENT IN A CIVIL ACTION

By order of June 17, 2020, the Court having resolved Plaintiff Craig Cunningham's motion for default judgment on his claims against Defendant Technologic USA, Inc. judgment is hereby entered in accordance with that order.

Plaintiff has judgment against Defendant in the amount of $396,000. Plaintiff may submit a bill of costs pursuant to Rule 54.

IT IS SO ORDERED this 18th day of June, 2020.

_____
Clerk of Court/Deputy Clerk

CERTIFIED A TRUE COPY:
Margaret Botkins
Clerk

By_____
Deputy Clerk